Eric J. Neal, OSB #110268
LETHER LAW GROUP
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
T: 206-467-5444/ F: 206-467-5544
eneal@letherlaw.com
*Counsel for Plaintiff The Dentists Insurance Company*

Honorable Michael H. Simon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| THE DENTISTS INSURANCE COMPANY, a foreign insurer;<br><br>                     Plaintiff,<br>     v.<br><br>DENTAL STUDIO 101 MOTHERSHIP, PLLC, an Arizona professional limited liability company; OREGON DENTAL STUDIO 101, LLC, an Oregon limited liability company; and Alfred M. Borromeo, DDS, an individual;<br><br>                     Defendants. | No. 3:23-cv-1707 SI<br><br>**PLAINTIFF THE DENTISTS INSURANCE COMPANY'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>[CLERK'S ACTION REQUIRED] |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff The Dentists Insurance Company hereby voluntarily dismisses this action without prejudice.

DATED this 2nd day of January 2024.

LETHER LAW GROUP

*/s/ Eric J. Neal*
Eric J. Neal, OSB #110268
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: 206-467-5444 F: 206-467-5544
eneal@letherlaw.com
*Counsel for Plaintiff The Dentists Insurance Company*